

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00805-CR

Ex Parte Santos **GUEVARA**,
Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On March 7, 2014, this court abated this appeal for an abandonment hearing because appellant's counsel, Mr. James R. Chapman, had failed to respond to orders of this court regarding payment of the clerk's record. On March 19, 2014, a supplemental reporter's record was filed from the abandonment hearing at which Mr. Chapman testified he has not abandoned the appeal, and the district clerk testified she has received payment for the record.

Ms. Jan Davis is the official responsible for preparing, certifying, and timely filing the clerk's record. Ms. Davis is hereby ORDERED to file the clerk's record in this appeal <u>no later than April 9, 2014</u>.

Because the reporter's record has already been filed, Mr. Chapman is ORDERED to file appellant's brief thirty days from the date the clerk's record is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court